Regina Kupferstein, as Administratrix, etc., Respondent, v. Richard E. Heningham, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Griffin* v. *Cunard Steamship Co., Ltd.* (159 App. Div. 453), decided in this court December 5, 1913. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

William R. Ferguson, Respondent, v. William M. Barrett, as President of Adams Express Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

James H. Birch, Respondent, v. John Farson and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

John Boyd Gray, Appellant, v. Justine S. Gray, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present —Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Benjamin P. Ducas, Appellant, v. Charles E. Levy and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of the Application for a Peremptory Writ of Mandamus of Felix O'Neill, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Yorkshire Ice Company, Appellant, v. Herbert T. McLaughlin and Another, Impleaded with Charles H. McLaughlin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Oscar Hammerstein, Appellant, v. Florencio Constantino, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Joseph Murphy.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. John A. Lindsay.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Gus Leventhal.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Samuel Iaquinto.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York v. Sylvester Gray and Francis Clarke.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.